AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

Joseph Brian Jensen, Sr.,

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| United States of America, et al, | ) |
|  | ) |

Civil Action No.  4:16-CV-05064-LRS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendant United States' Motion to Dismiss is GRANTED. Plaintiff's claims against the United States are DISMISSED
with prejudice. Defendants Motions to Dismiss for Insufficient Service of Process are GRANTED. Plaintiff's claims
against the County and State Defendants are DISMISSED without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Suko _____ on a Motion to Dismiss
and Motions to Dismiss for Insufficient Service of Process.

Date:  January 5, 2017 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Cheryl Cambensy
_____
*(By) Deputy Clerk*

Cheryl Cambensy
_____